# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABDULLAH RASHEED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-00589-DLB PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

　　　　Plaintiff Tahee Abdullah Rasheed, CDC# J-74120, also known as James E. Smith, CDC# J-74120, is a California state prisoner proceeding pro se in this civil action filed on April 16, 2012.  At the time of filing of his action, Plaintiff did not submit the $350.00 filing fee.

　　　　Section 1915(g), Title 28 of the United States Code provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff has accrued three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted as of May 9, 2007.[1]

---

[1] Among the dismissals suffered by plaintiff 1 that count as strikes under § 1915(g) are: *Smith v. Holm*, 3:06-cv-05992-SI (N.D. Cal.) (dismissed 01/22/2007 for failure to state a claim);  *Smith v. Scribner*, 1:07-cv-00509-LJO-

1

1 Thus, Plaintiff is subject to § 1915(g) and is precluded from proceeding in forma pauperis in this
2 action unless Plaintiff is, at the time the complaint is filed, under imminent danger of serious
3 physical injury.
4       Plaintiff's claims concern an alleged illegal search and seizure by the federal government,
5 involuntary servitude without probable cause and due process, issues with his medical treatment,
6 right to hire and communicate with an attorney, and for violations of the First, Fourth, Fifth,
7 Eighth, Thirteenth, and Fourteenth Amendments. Based on the complaint, Plaintiff is not under
8 imminent danger of serious physical injury, and he may not proceed in forma pauperis in this
9 action. *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff may file this action
10 as a new, separate action if accompanied by the full $350.00 filing fee.
11       Based on the foregoing, it is HEREBY ORDERD that:
12     1. This action is dismissed without prejudice, for Plaintiff's failure to pay the filing fee
13        in this action;
14     2. All other pending motions are denied as moot; and
15     3. The Clerk of the Court is directed to close this action.
16     4.
17 IT IS SO ORDERED.

18   Dated:  **July 30, 2012**           /s/ *Dennis L. Beck*
19                                  UNITED STATES MAGISTRATE JUDGE

27 SMS (E.D. Cal.) (dismissed 05/04/2007 for frivolousness, maliciousness, and failure to state a claim); *Smith v. Scribner*, 1:06-cv-00310-AWI-LJO PC (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim); and *Smith v. Social Sec. Admin. Office, Employees*, 1:07-cv-00531-AWI-SMS, (E.D. Cal.) (dismissed 05/09/2007 for failure to
28 state a claim).